UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CACI INT'L INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Miscellaneous No. 05-0218 (PLF) |
| ) | |
| SALEH, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon careful consideration of plaintiffs' emergency motion to stay docketing and return case file to the Eastern District of Virginia, defendants' opposition to CACI's emergency motion, and plaintiffs' reply, it is hereby

ORDERED that plaintiffs' emergency motion to stay docketing and return case file to the Eastern District of Virginia is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 17, 2005